IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | No. 22-2279 |
| SOUTH BAY ENERGY CORP., | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of June, 2022, upon consideration of the Motion for *Pro Hac Vice* Admission of Anthony Paronich (Doc. No. 3), it is **ORDERED** that the Motion (Doc. No. 3) is **DENIED WITHOUT PREJUDICE** for failure to comply with Section VII of the Court's General Pretrial and Trial Procedures, Preliminary General Matters.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Judge Pratter's General Pretrial and Trial Procedures are available on the Judges' Procedures page of the website for the United States District Court for the Eastern District of Pennsylvania (https://www.paed.uscourts.gov/), and on Judge Pratter's page (https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf).

1