IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | No. 22-2279 |
| SOUTH BAY ENERGY CORP., | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of June, 2022, upon consideration of the Motion for *Pro Hac Vice* Admission of Anthony Paronich (Doc. No. 5), it is **ORDERED** that the Motion (Doc. No. 5) is **DENIED WITHOUT PREJUDICE** for failure to comply with Section VII of the Court's General Pretrial and Trial Procedures, Preliminary General Matters.[1]

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] "Each such motion *must* be accompanied by the affidavit or similar declaration of each attorney being proposed for *pro hac vice* admission in which the affiant/declarant includes the following information . . . (d) That the affiant/declarant (i) has read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and (ii) agrees to be bound by both sets of Rules for the duration of the case for which pro hac vice admission is sought . . . ." https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.

1