IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br>*Plaintiff*<br>v.<br><br>SOUTH BAY ENERGY CORP.,<br>*Defendant* | : : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 22-2279 |

## ORDER

**AND NOW**, this 22nd day of June, 2022, upon consideration of the Motion for *Pro Hac Vice* Admission of Anthony Paronich (Doc. No. 7), it is **ORDERED** that the Motion (Doc. No. 7) is **GRANTED** and Anthony Paronich is admitted in this case *pro hac vice* for Plaintiff Andrew Perrong provided that (i) he shall familiarize and comport himself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Jeremy C. Jackson, shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Anthony Paronich shall be permitted to participate in all aspects of the instant litigation on behalf of the Plaintiff.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.

1