# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated, | : CIVIL ACTION FILE NO.<br>: 22-cv-2279-GEKP |
| Plaintiff, | : |
| vs. | : |
| SOUTH BAY ENERGY CORP. | : |
| Defendant. | : |

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 1, 2022

                                          PLAINTIFF,
                                          By his attorneys,

                                          **/s/ *Anthony I. Paronich***
                                          Anthony I. Paronich
                                          Paronich Law, P.C.
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          (508) 221-1510
                                          anthony@paronichlaw.com